IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| WALTER H. HOLLOWAY, Park Ranger, Animal Rights Appealant,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES PARKS/HUMANE SOCIETIES,<br><br>Defendant. | 8:21CV460<br><br>**MEMORANDUM AND ORDER** |

On December 6, 2021, the court ordered Plaintiff to sign his Complaint (Filing 1) on or before December 21, 2021, or face dismissal of this action. See Filing 4. To date, Plaintiff has not corrected this technical defect, and unsigned materials that were filed on December 13, 2021 (Filing 5), and December 21, 2021 (Filing 6), are nonresponsive.

IT IS THEREFORE ORDERED:

1. This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this court's orders.

2. The court will enter judgment by a separate document.

Dated this 28th day of December 2021.

BY THE COURT:

*Richard G. Kopf*
Richard G. Kopf
Senior United States District Judge